IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ORALIA DIAZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-2238 |
| DONERAKI RESTAURANTS, INC., | § § § | |
| Defendant. | § | |

### ORDER

The plaintiff, Oralia Diaz, has filed a motion for entry of default and for default judgment against defendant Doneraki Restaurants, Inc. This defendant has been served but has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default proper.

The plaintiff has filed affidavits and exhibits in support of her claim for reasonable attorney fees. The plaintiff has also sent defendant notice of the motion for entry of default and default judgment. The plaintiff has not, however, established its entitlement to injunctive relief nor provided a proposed form of injunction that would meet the specificity or other requirements of Rule 65 of the Federal Rules of Civil Procedure. Therefore, the motion for entry of default is granted, and a hearing is set for **January 4, 2013, at 8:30 a.m.**, in Courtroom 11-B, 515 Rusk, at which the plaintiff must present evidence in support of the injunction she seeks and a proposed order in proper form.

SIGNED on December 5, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge