IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ORALIA DIAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-2238 |
| | § | |
| DONERAKI RESTAURANTS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In addition to the permanent injunction entered in 2013, this court orders the payment of damages, fees, and costs to the plaintiff, Oralia Diaz, as follows:

1. statutory damages in the amount of $750, TEX. HUM. RES. CODE § 121.004(b);

2. attorneys' fees in the amount of $3,780 to the plaintiff;

3. costs in the amount of $440.

SIGNED on May 29, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge